1042

No. 83–688. GREENE v. WHIRLPOOL CORP. C. A. 4th Cir. Certiorari denied.

No. 83–689. SOUTH DAKOTA ET AL. v. LOWER BRULE SIOUX TRIBE. C. A. 8th Cir. Certiorari denied.

No. 83–698. BURROUGHS CORP. v. A. B. DICK CO. C. A. Fed. Cir. Certiorari denied.

No. 83–700. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. PAWLAK ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–701. LAREDO JUNIOR COLLEGE ET AL. v. PEREZ. C. A. 5th Cir. Certiorari denied.

No. 83–705. DIRON v. CITY OF EASTLAKE ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–708. QUINAULT PACIFIC CORP. v. BARCLAYS AMERICAN/BUSINESS CREDIT, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–716. CATON v. CATON. Ct. App. Okla. Certiorari denied.

No. 83–720. HUMPHREYS (CAYMAN), LTD., ET AL. v. LEHMAN, EXECUTRIX OF THE ESTATE OF LEHMAN. C. A. 8th Cir. Certiorari denied.

No. 83–721. DAVIDSON v. CONNECTICUT BANK & TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–726. FIRST AMERICAN TITLE COMPANY OF SOUTH DAKOTA ET AL. v. SOUTH DAKOTA LAND TITLE ASSN. ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–729. HANSEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83–731. KIZAS ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.